1042

No. 80–1363. WILLIAMSON *v.* KIMBROUGH, ZONING ADMINISTRATOR, DALLAS, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 80–1366. CALIFORNIA *v.* SCHUSTER ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 80–1367. NIEDERMEYER *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 80–1372. ROBERT E. KURZIUS, INC., ET AL. *v.* INCORPORATED VILLAGE OF UPPER BROOKVILLE. Ct. App. N. Y. Certiorari denied.

No. 80–1373. UTILITY CONSUMERS COUNCIL OF MISSOURI, INC. *v.* PUBLIC SERVICE COMMISSION OF MISSOURI ET AL. Ct. App. Mo., Western Dist. Certiorari denied.

No. 80–1381. CISSNA ET UX. *v.* AMMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–1386. FRENCH *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 80–1391. FIRST NATIONAL BANK OF OMAHA ET AL. *v.* MARQUETTE NATIONAL BANK OF MINNEAPOLIS. C. A. 8th Cir. Certiorari denied.

No. 80–1397. CARABBIA ET AL. *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 80–1460. SCHWALLIER *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–1478. WHITTED *v.* LYALL ET AL. C. A. 4th Cir. Certiorari denied.